IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATHY PHILLIPS,

    Plaintiff,

v.                                                CASE NO. 1:11-cv-00198-MP-GRJ

AVMED INC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 22, Joint Report under Fed. R. Civ. P. 26, in which the parties agree to all deadlines. The Joint Report is adopted, and the Clerk is directed to set the appropriate deadlines therefrom.

**DONE AND ORDERED** this 5th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge